UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO PLACENCIA, | ) | Case No. CV 11-8562 JAK (MRW) |
|           Petitioner, | ) | |
|    vs. | ) | JUDGMENT |
| SUPERIOR COURT, | ) | |
|           Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: January 31, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE